| | |
|---|---|
| 1 | Michael E. Hansen |
| 2 | Attorney at Law, SBN 191737<br>711 Ninth Street, Suite 100<br>Sacramento, CA  95814 |
| 3 | 916.438.7711 FAX 916.864.1359 |
| 4 | Attorney for Defendant |
| 5 | MARCELA SANTAMARIA |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO FLETES-LOPEZ, et al.,<br><br>　　　　　　　Defendants. | No. 2:11-CR-00096 JAM<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of October 18, 2011, be vacated and the matter set for status conference on November 8, 2011, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with

PDF created with pdfFactory trial version www.pdffactory.com

the defendants, to examine possible defenses and to continue investigating the facts of the case. Additionally, at least four defense attorneys are currently in trial in homicide cases in Sacramento and Yolo Counties.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, October 14, 2011, to and including November 8, 2011.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 14, 2011           Respectfully submitted,

                                  /s/ Michael E. Hansen
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  MARCELA SANTAMARIA

Dated: October 14, 2011           LAW OFFICES OF ARTURO
                                  HERNANDEZ-MELENDEZ

                                  By: /s/ Michael E. Hansen for
                                  ARTURO HERNANDEZ
                                  Attorney for Defendant
                                  ALEJANDRO FLETES-LOPEZ

Dated: October 14, 2011           LAW OFFICES OF DONALD MASUDA

                                  By: /s/ Michael E. Hansen for
                                  KENNY GIFFARD
                                  DONALD MASUDA
                                  Attorneys for Defendant
                                  IRMA GONZALEZ

Dated: October 14, 2011           LAW OFFICES OF TIM A. PORI

                                  By: /s/ Michael E. Hansen for
                                  TIM PORI
                                  Attorney for Defendant
                                  ORLANDO FLETES-LOPEZ

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: October 14, 2011 | | CHRISTOPHER HAYDN-MYER LAW OFFICES |

By: /s/ Michael E. Hansen for
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
JESUS SANCHEZ-LOPEZ

Dated: October 14, 2011                LAW OFFICE OF OLAF W. HEDBERG

/s/ Michael E. Hansen for
OLAF HEDBERG
Attorney for Defendant
GERMAN GONZALEZ VELAZQUEZ

Dated: October 14, 2011                LAW OFFICES OF DINA L. SANTOS

By: /s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant
MAURICIO PORTILLO

Dated: October 14, 2011                LAW OFFICE OF CLEMENTE M. JIMENEZ

/s/ Michael E. Hansen for
CLEMENTE JIMENEZ
Attorney for Defendant
CONSEPCION CARILLO

Dated: October 14, 2011                LAW OFFICE OF GILBERT A. ROQUE

By: /s/ Michael E. Hansen for
GILBERT ROQUE
Attorney for Defendant
GUADALUPE REYES-ONTIVEROS

Dated: October 14, 2011                LAW OFFICE OF HAYES H. GABLE, III

By: /s/ Michael E. Hansen for
HAYES GABLE, III
Attorney for Defendant
DIANA HERNANDEZ-GONZALEZ

Dated: October 14, 2011                U.S. ATTORNEY'S OFFICE

By: /s/ Michael E. Hansen for
MICHAEL BECKWITH
PAUL HEMESATH
Assistant U.S. Attorneys
Attorneys for Plaintiff

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 14, 2011, to and including November 8, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the October 18, 2011, status conference shall be continued until November 8, 2011, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: 10/17/2011 /s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge

4

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com