```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CASE NO. 2:11-cr-00096-JAM
                                 )
12              Plaintiff,       ) AMENDED STIPULATION AND ORDER
                                 )
13  v.                           ) DATE: November 8, 2011
                                 ) TIME: 9:30 a.m.
14  ALEJANDRO FLETES-LOPEZ, et al., ) COURT: Hon. John A. Mendez
                                 )
15              Defendants.      )
                                 )
16                               )
                                 )
17
```

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of November 8, 2011, be vacated and the matter set for status conference on January 10, 2012, at 9:30 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, November 8, 2011, to and including January 10, 2012.

Dated: November 7, 2011  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: November 7, 2011  /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MARCELA SANTAMARIA

Dated: November 7, 2011  /s/ Donald Masuda
DONALD MASUDA
Attorneys for Defendant
IRMA GONZALEZ

```
Dated: November 7, 2011            /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
                                   Attorney for Defendant
                                   JESUS SANCHEZ-LOPEZ

Dated: November 7, 2011            /s/ Arturo Hernandez
                                   ARTURO HERNANDEZ
                                   Attorney for Defendant
                                   ALEJANDRO FLETES-LOPEZ

Dated: November 7, 2011            /s/ Olaf Hedberg
                                   OLAF HEDBERG
                                   Attorney for Defendant
                                   GERMAN GONZALEZ VELAZQUEZ

Dated: November 7, 2011            /s/ Dina Santos
                                   DINA SANTOS
                                   Attorney for Defendant
                                   MAURICIO PORTILLO

Dated: November 7, 2011            /s/ Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   CONSEPCION CARILLO

Dated: November 7, 2011            /s/ Gilbert Roque
                                   GILBERT ROQUE
                                   Attorney for Defendant
                                   GUADALUPE REYES-ONTIVEROS

Dated: November 7, 2011            /s/ Hayes Gable, III
                                   HAYES GABLE, III
                                   Attorney for Defendant
                                   DIANA HERNANDEZ-GONZALEZ

Dated: November 7, 2011            /s/ Tim Pori
                                   TIM PORI
                                   Attorney for Defendant
                                   ORLANDO FLETES-LOPEZ
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 8, 2011, to and including January 10, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the November 8, 2011, status conference shall be continued until January 10, 2012, at 9:30 a.m.

Dated: November 8, 2011      /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge