1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   MICHAEL M. BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2932

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:11-cr-00096-JAM
                                   )
12                   Plaintiff,    )  STIPULATION AND ORDER
                                   )
13  v.                             )  DATE: January 10, 2012
                                   )  TIME: 9:30 a.m.
14  ALEJANDRO FLETES-LOPEZ, et al.,)  COURT: Hon. John A. Mendez
                                   )
15                   Defendants.   )
                                   )
16                                 )
                                   )
17  ────────────────────────────────

18       **IT IS HEREBY STIPULATED** by and between the parties hereto

19  through their respective counsel, Michael Beckwith and Paul Hemesath,

20  Assistant United States Attorneys, attorneys for plaintiff; Arturo

21  Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny

22  Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim

23  Pori, attorney for defendant Orlando Fletes-Lopez; Christopher

24  Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg,

25  attorney for defendant German Velazquez; Michael Hansen, attorney for

26  defendant Marcela Santamaria; Dina Santos, attorney for defendant

27  Mauricio Portillo; Clemente Jimenez, attorney for defendant

28  Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

                              1

Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of January 10, 2012, be vacated and the matter set for status conference on February 28, 2012, at 9:30 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Specifically, the government is in the process of providing additional discovery to defendants. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, January 10, 2012, to and including February 28, 2012.


Dated: January 6, 2012          /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: January 6, 2012          /s/ Michael E. Hansen
                                MICHAEL E. HANSEN
                                Attorney for Defendant
                                MARCELA SANTAMARIA

2

```
1   Dated: January 6, 2012              /s/ Ken Giffard
                                        KEN GIFFARD
2                                       Attorneys for Defendant
                                        IRMA GONZALEZ
3
4   Dated: January 6, 2012              /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
5                                       JESUS SANCHEZ-LOPEZ

6   Dated: January 6, 2012              /s/ Arturo Hernandez
                                        ARTURO HERNANDEZ
7                                       Attorney for Defendant
                                        ALEJANDRO FLETES-LOPEZ
8
9   Dated: January 6, 2012              /s/ Olaf Hedberg
                                        OLAF HEDBERG
                                        Attorney for Defendant
10                                      GERMAN GONZALEZ VELAZQUEZ

11  Dated: January 6, 2012              /s/ Dina Santos
                                        DINA SANTOS
12                                      Attorney for Defendant
                                        MAURICIO PORTILLO
13
14  Dated: January 6, 2012              /s/ Clemente Jimenez
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant
15                                      CONSEPCION CARILLO

16  Dated: January 6, 2012              /s/ Gilbert Roque
                                        GILBERT ROQUE
17                                      Attorney for Defendant
                                        GUADALUPE REYES-ONTIVEROS
18
19  Dated: January 6, 2012              /s/ Hayes Gable, III
                                        HAYES GABLE, III
                                        Attorney for Defendant
20                                      DIANA HERNANDEZ-GONZALEZ

21  Dated: January 6, 2012              /s/ Tim Pori
                                        TIM PORI
22                                      Attorney for Defendant
                                        ORLANDO FLETES-LOPEZ
23

24

25

26

27

28
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from January 10, 2012, to and including February 28, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the January 10, 2012, status conference shall be continued until February 28, 2012, at 9:30 a.m.

Dated: 1/6/2012                    /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Judge

4