1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   MICHAEL M. BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00096-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: February 28, 2012 |
| | ) TIME: 9:30 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | ) COURT: Hon. John A. Mendez |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of February 28, 2012, be vacated and the matter set for status conference on April 17, 2012, at 9:30 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Specifically, the government is in the process of providing additional discovery to defendants. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, February 28, 2012, to and including April 17, 2012.

| | |
|---|---|
| Dated: February 23, 2012 | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: February 23, 2012 | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>MARCELA SANTAMARIA |

| | | |
|---|---|---|
| Dated: February 23, 2012 | | /s/ Ken Giffard |
| | | KEN GIFFARD |
| | | Attorneys for Defendant |
| | | IRMA GONZALEZ |

Dated: February 23, 2012                    /s/ Ken Giffard
                                            KEN GIFFARD
                                            Attorneys for Defendant
                                            IRMA GONZALEZ

Dated: February 23, 2012                    /s/ Christopher Haydn-Myer
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            JESUS SANCHEZ-LOPEZ

Dated: February 23, 2012                    /s/ Arturo Hernandez
                                            ARTURO HERNANDEZ
                                            Attorney for Defendant
                                            ALEJANDRO FLETES-LOPEZ

Dated: February 23, 2012                    /s/ Olaf Hedberg
                                            OLAF HEDBERG
                                            Attorney for Defendant
                                            GERMAN GONZALEZ VELAZQUEZ

Dated: February 23, 2012                    /s/ Dina Santos
                                            DINA SANTOS
                                            Attorney for Defendant
                                            MAURICIO PORTILLO

Dated: February 23, 2012                    /s/ Clemente Jimenez
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            CONSEPCION CARILLO

Dated: February 23, 2012                    /s/ Gilbert Roque
                                            GILBERT ROQUE
                                            Attorney for Defendant
                                            GUADALUPE REYES-ONTIVEROS

Dated: February 23, 2012                    /s/ Hayes Gable, III
                                            HAYES GABLE, III
                                            Attorney for Defendant
                                            DIANA HERNANDEZ-GONZALEZ

Dated: February 23, 2012                    /s/ Tim Pori
                                            TIM PORI
                                            Attorney for Defendant
                                            ORLANDO FLETES-LOPEZ

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from February 28, 2012, to and including April 17, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the February 28, 2012, status conference shall be continued until April 17, 2012, at 9:30 a.m.

Dated: 2/24/2012   /s/ John A. Mendez
                   Hon. John A. Mendez
                   United States District Judge

4