```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2932
 5

 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:11-cr-00096-JAM
                                   )
12                 Plaintiff,      )  STIPULATION AND ORDER
                                   )
13  v.                             )  DATE: August 14, 2012
                                   )  TIME: 9:45 a.m.
14  ALEJANDRO FLETES-LOPEZ, et al.,)  COURT: Hon. John A. Mendez
                                   )
15                 Defendants.     )
                                   )
16                                 )
                                   )
17  ─────────────────────────────
```

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

Reyes-Ontiveros; Chris Cosca, attorney for defendant Miguel Corona-Soria; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of August 14, 2012, be vacated and the matter set for status conference on November 6, 2012, at 9:45 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Specifically, discovery in this case consists of several hundred pages of documents, and many hours of wiretapped telephone recordings. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from August 14, 2012, to and November 6, 2012.

Dated: August 10, 2012  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: August 10, 2012  /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MARCELA SANTAMARIA

| | | |
|---|---|---|
| Dated: August 10, 2012 | | /s/ Ken Giffard |
| | | KEN GIFFARD |
| | | Attorneys for Defendant |
| | | IRMA GONZALEZ |

Dated: August 10, 2012      /s/ Ken Giffard
                            KEN GIFFARD
                            Attorneys for Defendant
                            IRMA GONZALEZ

Dated: August 10, 2012      /s/ Christopher Haydn-Myer
                            CHRISTOPHER HAYDN-MYER
                            Attorney for Defendant
                            JESUS SANCHEZ-LOPEZ

Dated: August 10, 2012      /s/ Arturo Hernandez
                            ARTURO HERNANDEZ
                            Attorney for Defendant
                            ALEJANDRO FLETES-LOPEZ

Dated: August 10, 2012      /s/ Olaf Hedberg
                            OLAF HEDBERG
                            Attorney for Defendant
                            GERMAN GONZALEZ VELAZQUEZ

Dated: August 10, 2012      /s/ Dina Santos
                            DINA SANTOS
                            Attorney for Defendant
                            MAURICIO PORTILLO

Dated: August 10, 2012      /s/ Clemente Jimenez
                            CLEMENTE JIMENEZ
                            Attorney for Defendant
                            CONSEPCION CARILLO

Dated: August 10, 2012      /s/ Gilbert Roque
                            GILBERT ROQUE
                            Attorney for Defendant
                            GUADALUPE REYES-ONTIVEROS

Dated: August 10, 2012      /s/ Hayes Gable, III
                            HAYES GABLE, III
                            Attorney for Defendant
                            DIANA HERNANDEZ-GONZALEZ

Dated: August 10, 2012      /s/ Tim Pori
                            TIM PORI
                            Attorney for Defendant
                            ORLANDO FLETES-LOPEZ

Dated: August 10, 2012      /s/ Chris Cosca
                            Chris Cosca
                            Attorney for Defendant
                            MIGUEL CORONA-SORIA

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from August 14, 2012, to and including November 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the August 14, 2012, status conference shall be continued until November 6, 2012, at 9:45 a.m.

Dated: 8/13/2012        /s/ John A. Mendez
                        Hon. John A. Mendez
                        United States District Court Judge

4