```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   MICHAEL M. BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2932
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00096-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: September 4, 2012 |
| | ) TIME: 9:45 a.m. |
| ORLANDO FLETES-LOPEZ, | ) COURT: Hon. John A. Mendez |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff, and Tim Pori, attorney for defendant Orlando Fletes-Lopez that the previously-noticed hearing date of September 4, 2012, be vacated and the matter re-scheduled for November 13, 2012, at 9:45 a.m.  The parties further request that the Court order the government's response be due on October 16, 2012, and the defendant's reply, if any, be due on October 30, 2012.

This request is made jointly by the government and defense.

1

| | |
|---|---|
| Dated: August 16, 2012 | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: August 16, 2012 | /s/ Tim Pori<br>TIM PORI<br>Attorney for Defendant<br>ORLANDO FLETES-LOPEZ |

**O R D E R**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for September 4, 2012, shall be re-scheduled for November 13, 2012. It is further ordered that the governments response to defendant's motion shall be filed no later than October 16, 2012, and defendant's reply, if any, shall be filed no later than October 30, 2012.

Dated: August 16, 2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge