1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   MICHAEL M. BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00096-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: January 22, 2013 |
| | ) TIME: 9:45 a.m. |
| ORLANDO FLETES-LOPEZ, | ) COURT: Hon. John A. Mendez |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff, and Tim Pori, attorney for defendant Orlando Fletes-Lopez that the previously-noticed hearing date of January 22, 2013, be vacated and the matter re-scheduled for March 5, 2013, at 9:45 a.m.  The parties further request that the Court order the government's response be due on February 19, 2013, and the defendant's reply, if any, be due on February 26, 2013.

This request is made jointly by the government and defense.

1

Dated: January 14, 2013        /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: January 14, 2013        /s/ Tim Pori
                               TIM PORI
                               Attorney for Defendant
                               ORLANDO FLETES-LOPEZ

**O R D E R**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for January 22, 2013, shall be re-scheduled for March 5, 2013. It is further ordered that the governments response to defendant's motion shall be filed no later than February 19, 2013 and defendant's reply, if any, shall be filed no later than February 26, 2013.

Dated: 1/16/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

2