```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:11-cr-00096-JAM
                                 )
12              Plaintiff,       )  AMENDED STIPULATION AND ORDER
                                 )
13  v.                           )  DATE: January 22, 2013
                                 )  TIME: 9:45 a.m.
14  ALEJANDRO FLETES-LOPEZ, et al., ) COURT: Hon. John A. Mendez
                                 )
15              Defendants.      )
                                 )
16                               )
                                 )
17  _____
```

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Dina Santos, attorney for defendant Mauricio Portillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, and Chris Cosca, attorney for Miguel

1

Corona-Soria, that the previously-scheduled status conference date of January 22, 2013, be vacated and the matter set for status conference on February 26, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from January 22, 2013, to and including February 26, 2013.

Dated: January 18, 2013  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 18, 2013  /s/ Ken Giffard
KEN GIFFARD
Attorney for Defendant
IRMA GONZALEZ

Dated: January 18, 2013  /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
JESUS SANCHEZ-LOPEZ

| | | |
|---|---|---|
| Dated: January 18, 2013 | | /s/ Arturo Hernandez |
| | | ARTURO HERNANDEZ |
| | | Attorney for Defendant |
| | | ALEJANDRO FLETES-LOPEZ |
| Dated: January 18, 2013 | | /s/ Olaf Hedberg |
| | | OLAF HEDBERG |
| | | Attorney for Defendant |
| | | GERMAN GONZALEZ VELAZQUEZ |
| Dated: January 18, 2013 | | /s/ Dina Santos |
| | | DINA SANTOS |
| | | Attorney for Defendant |
| | | MAURICIO PORTILLO |
| Dated: January 18, 2013 | | /s/ Gilbert Roque |
| | | GILBERT ROQUE |
| | | Attorney for Defendant |
| | | GUADALUPE REYES-ONTIVEROS |
| Dated: January 18, 2013 | | /s/ Hayes Gable, III |
| | | HAYES GABLE, III |
| | | Attorney for Defendant |
| | | DIANA HERNANDEZ-GONZALEZ |
| Dated: January 18, 2013 | | /s/ Tim Pori |
| | | TIM PORI |
| | | Attorney for Defendant |
| | | ORLANDO FLETES-LOPEZ |
| Dated: January 18, 2013 | | /s/ Chris Cosca |
| | | CHRIS COSCA |
| | | Attorney for Defendant |
| | | MIGUEL CORONA-SORIA |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from January 22, 2013, up to and including February 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the January 22, 2013, status conference shall be continued until February 26, 2013, at 9:45 a.m.

Dated: 1/18/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge