1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MAURICIO PORTILLO
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     ) No. CR-S 11-0096 JAM
                                 )
12              Plaintiff,       )
                                 ) JOINT REQUEST AND ORDER FOR PRE-
13      v.                       ) PLEA REPORT
                                 )
14 MAURICIO PORTILLO,            )
                Defendant.       )
15                               )
   _____ )
16                               )

17      Assistant United States Attorney, Paul Hemesath and Counsel for

18 Defendant Mauricio Portillo, jointly stipulate and request the Court

19 order the United States Probation Department to draft a pre-plea report

20 for the sole purpose of calculating Mr. Portillo's criminal history.  A

21 pre-plea report is necessary to assist the parties in reaching a plea

22 agreement.

23

24      **IT IS SO STIPULATED.**

25

26 Dated: April 1, 2013              /S/ Dina L. Santos
                                    DINA L. SANTOS
27                                  Attorney for
                                    MAURICIO PORTILLO
28

Dated: April 1, 2013				/S/ Paul Hemesath
						PAUL HEMESATH
						Assistant United States Attorney
						Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 1, 2013				/s/ John A. Mendez
						Hon. John A. Mendez
						United States District Court Judge