BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00096-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: April 23, 2013 |
| | ) | TIME: 9:45 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | ) | COURT: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto

through their respective counsel, Michael Beckwith and Paul Hemesath,

Assistant United States Attorneys, attorneys for plaintiff; Kenny

Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez;

Olaf Hedberg, attorney for defendant German Velazquez; Dina Santos,

attorney for defendant Mauricio Portillo; Gilbert Roque, attorney for

defendant Guadalupe Reyes-Ontiveros; and Chris Cosca, attorney for

Miguel Corona-Soria, that the previously-scheduled status conference

date of April 23, 2013, be vacated and the matter set for status

conference on June 4, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in

1

order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from April 23, 2013, to and including June 4, 2013.

Dated: April 18, 2013               /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: April 18, 2013               /s/ Donald Masuda
                                    DONALD MASUDA
                                    Attorney for Defendant
                                    IRMA GONZALEZ

Dated: April 18, 2013               /s/ Olaf Hedberg
                                    OLAF HEDBERG
                                    Attorney for Defendant
                                    GERMAN GONZALEZ VELAZQUEZ

Dated: April 18, 2013               /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant
                                    MAURICIO PORTILLO

Dated: April 18, 2013               /s/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    GUADALUPE REYES-ONTIVEROS

2

Dated: April 18, 2013          /s/ Chris Cosca
                               CHRIS COSCA
                               Attorney for Defendant
                               MIGUEL CORONA-SORIA

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from April 23, 2013, up to and including June 4, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the April 23, 2013, status conference shall be continued until June 4, 2013, at 9:45 a.m.

Dated: 4/19/2013          /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Court Judge

3