```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   MICHAEL M. BECKWITH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2932
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00096-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | DATE: June 4, 2013 |
|  | ) | TIME: 9:45 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | ) | COURT: Hon. John A. Mendez |
| Defendants. | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Olaf Hedberg, attorney for defendant German Velazquez; Dina Santos, attorney for defendant Mauricio Portillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; and Chris Cosca, attorney for Miguel Corona-Soria, that the previously-scheduled status conference date of June 4, 2013, be vacated and the matter set for status conference on July 30, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in

1

order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from June 4, 2013, to and including July 30, 2013.

Dated: May 31, 2013 /s/ Paul Hemesath  
Paul Hemesath  
Assistant United States Attorney  
Counsel for Plaintiff

Dated: May 31, 2013 /s/ Donald Masuda  
DONALD MASUDA  
Attorney for Defendant  
IRMA GONZALEZ

Dated: May 31, 2013 /s/ Olaf Hedberg  
OLAF HEDBERG  
Attorney for Defendant  
GERMAN GONZALEZ VELAZQUEZ

Dated: May 31, 2013 /s/ Dina Santos  
DINA SANTOS  
Attorney for Defendant  
MAURICIO PORTILLO

Dated: May 31, 2013 /s/ Gilbert Roque  
GILBERT ROQUE  
Attorney for Defendant  
GUADALUPE REYES-ONTIVEROS

| | |
|---|---|
| Dated: May 31, 2013 | <u>/s/ Chris Cosca</u><br>CHRIS COSCA<br>Attorney for Defendant<br>MIGUEL CORONA-SORIA |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from June 4, 2013, up to and including July 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the June 4, 2013, status conference shall be continued until July 30, 2013, at 9:45 a.m.

Dated: 5/31/2013 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge